UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Long Beach Mortgage Company, | ) | CASE NO. 1:06CV1377 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| Barbara Tubbs, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On November 17, 2006, this Court was informed by Plaintiff's "Notice of Bankruptcy Filing" (ECF Dkt #22), that Defendant-Mortgagor had filed for reorganization relief under Chapter 13 of the U.S. Bankruptcy Code, Case No. 06-15374. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court.

Therefore, Plaintiff's Motion for Default Judgment (ECF Dkt #18) is withdrawn, further proceedings are STAYED, and this case is CLOSED, subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362, or by injunction imposed under 11 U.S.C. §524, or which notifies the Court that the bankruptcy case is closed, dismissed or discharged.

**IT IS SO ORDERED.**

11/27/06

Date

*Christopher A Boyko*

CHRISTOPHER A. BOYKO
United States District Judge